DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEITH ARNOUL and ELIZABETH ARNOUL,**
Appellants,

v.

**ALFRED PERLSTEIN, HARVEY S. DUBOV, P.A., REALTY
PROFESSIONALS OF BOCA RATON, LLC d/b/a KELLER WILLIAMS
REALTY BOCA RATON, KATHRYN L. PASCALE, INC., and ALBERT
JOHN MAFFIA,**
Appellees.

No. 4D20-67

[February 3, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502017CA002831.

Jonathan Mann and Robin Bresky of Law Offices of Robin Bresky, Boca Raton, for appellants.

Kimberly Kanoff Berman and Jonathan E. Kanov of Marshall Dennehey Warner Coleman & Goggin, Fort Lauderdale, for appellees Harvey Dubov, P.A. and Realty Professionals of Boca Raton, LLC.

Robert Squire, Brian L. Harvell, and Ali Iftikhar of Resnick & Louis, P.C., Miami, for appellee Kathryn L. Pascale, Inc.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***